No. 156, Misc. EARLY *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 152, Misc. DEVORE *v.* WILKINS, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.

No. 160, Misc. MERRITTE *v.* NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner *pro se. Alexander J. Hercsa* for respondent.

No. 161, Misc. WADE *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se. John B. Breckenridge,* Attorney General of Kentucky, and *Troy D. Savage,* Assistant Attorney General, for respondent.

No. 162, Misc. DOBY *v.* ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 163, Misc. BUCHANAN *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 164, Misc. LAMBERT *v.* MUNICIPAL COURT OF LOS ANGELES JUDICIAL DISTRICT, COUNTY OF LOS ANGELES, ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Samuel C. McMorris* for petitioner. *Harold W. Kennedy* and *Wm. E. Lamoreaux* for respondents.